# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE:<br>Jason John Krompier and Susan Linda Krompier | CASE NO: 8−09−75479−reg |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx−xx−8688    xxx−xx−3467<br>DEBTOR(s) | CHAPTER: 13 |

## SUMMARY OF PLAN

To the debtor(s), creditors and other parties in interest:

Following is a summary of the plan filed by the above−named debtor(s) on July 24, 2009:

$1550.00 monthly for a period of 60 days. Priority: 100%. Secured: 100%. Unsecured: 100% distribution to all timely filed proofs of claims.

The plan may be reviewed at the Clerk's Office during normal business hours. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date set for the hearing on confirmation of the plan. If no timely objections are filed, the plan may be deemed to be have been filed in good faith.

Dated: July 30, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLsop** [Summary of Plan rev. 07/21/03]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8           User: ggriffith            Page 1 of 1              Date Rcvd: Jul 30, 2009
Case: 09-75479                 Form ID: 170               Total Noticed: 21
```

The following entities were noticed by first class mail on Aug 01, 2009.
```
db/jdb     +Jason John Krompier,   Susan Linda Krompier,   36 Carman Boulevard,   Massapequa, NY 11758-6805
aty        +Robert H Solomon,   24 East Park Ave,   POB 58,   Long Beach, NY 11561-0058
tr         +Michael J. Macco,   135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
smg        +Diana Adams,   Office of the United States Trustee,   Long Island Federal Courthouse,
             560 Federal Plaza - Room 560,   Central Islip, NY 11722-4456
6306129     BANK OF AMERICA,   PO BOX 15019,   WILMINGTON DE 19886-5019
6306130     CHASE MASTER CARD,   PO BOX 15153,   WILMINGTON DE 19886-5153
6306131     CHASE OVERDRAFT PROTECTION LINE OF CREDI,   PO BOX 15298,   WILMINGTON DE 19850-5298
6306132     CHASE VISA,   PO BOX 15163,   WILMINGTON DE 19886-5153
6306133    +CHRYSLER FINANCIAL,   PO BOX 9001921,   LOUISVILLE KY 40290-1921
6306134     CITI DIAMOND PREFERRED REWARDS CARD,   PO BOX 182564,   COLUMBUS OR 43218-2564
6306135     CITI/ ADVANTAGE AMERICAN EXPRESS CARD,   PO BOX 183051,   COLUMBUS OH 43218-3051
6306136     DELL FINANCIAL SERVICES,   PO BOX 6403,   CAROL STREAM IL 60197-6403
6306138    +HFC,   PO BOX 3425,   BUFFALO NY 14240-3425
6306139     HOME DEPOT,   PO BOX 689100,   DES MOINES IA 50368-9100
6306141     MACYS VISA,   PO BOX 698194,   DES MOINES IA 50368-9194
6306142    +RESORT FUNDING INC,   PO BOX 5119,   BUFFALO NY 14240-5119
6306144     TARGET VISA,   PO BOX 59317,   MINNEAPOLIS MN 55459-0317
6306145    +THE BANK OF NEW YORK,   1 WALL STREET,   NEW YORK NY 10286-0001
```

The following entities were noticed by electronic transmission on Jul 30, 2009.
```
6306112       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2009 18:22:56      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
6306137       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2009 18:22:56      DISCOVER,   PO BOX 30943,
               SALT LAKE CITY UT 84130
6306140       E-mail/PDF: cr-bankruptcy@kohls.com Jul 30 2009 18:22:56      KOHLS,   PO BOX 3043,
               MILWAUKEE WI 53201-3043
                                                                                               TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6306143*      RESORT FUNDING LLC,   PO BOX 5119,   BUFFALO NY 14240-5119
                                                                                            TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2009**            **Signature:** _Joseph Speetjens_